The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOSH AUXIER & COLEEN AUXIER, ) | |
| ) | |
| Plaintiffs, ) | No. 12-cv-0288 MJP |
| ) | |
| v. ) | DEFENDANT SUTTELL & |
| ) | HAMMER, P.S.'S ANSWER |
| FREDERICK J. HANNA & ASSOCIATES, ) | |
| P.C.; SUTTELL & HAMMER, P.S; ) | |
| ) | |
| Defendants, ) | |
| ) | |
| FIA CARD SERVICES, N.A.; ) | |
| ) | |
| Co-Defendant. ) | |

Defendant Suttell & Hammer, P.S. ("Suttell") answers plaintiffs' Complaint for (1) Violation of Fair Debt Collections Practices Act 15 USC 1692 et. Seq. (FDCPA); and (2) Violation of Fair Credit Reporting Act 15 USC 1681 et seq. (FCRA), filed on or about February 21, 2012 (the "Complaint") as follows:

1. Answering the allegations that are directed to Suttell in the unnumbered paragraphs at pages 2 and 3 of the Complaint, the allegations state legal conclusions to which no response is required. To the extent a response is required, Suttell denies that in engaged in

ANSWER TO COMPLAINT OF SUTTELL & HAMMER
(12-cv-0288 MJP) — 1
DWT 19128161v2 0050033-000146

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045
206.622.3150 main · 206.757.7700 fax

1  any "wrongful actions," and denies that the debt at issue is not the plaintiff Coleen Auxier's. Except as expressly denied, Suttell is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations, and therefore denies them.

2. Answering the allegations in paragraph 1.1 of the Complaint, Suttell does not contest jurisdiction or venue.

3. Answering the allegations in paragraph 1.2 of the Complaint, Suttell is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations, and therefore denies them.

4. Answering the allegations in paragraph 1.3 of the Complaint, Suttell is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations, and therefore denies them.

5. Answering the allegations in paragraph 1.4 of the Complaint, Suttell is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations, and therefore denies them.

6. Answering the allegations in paragraph 1.5 of the Complaint, Suttell admits that it is a law firm and a professional service corporation, but denies that its primary office location is Mercer Island, Washington.  Except as expressly admitted or denied, Suttell is without knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations, and therefore denies them.

7. Answering the allegations in paragraph 1.6 of the Complaint, Suttell admits that FIA is a national bank.  Except as expressly admitted, Suttell is without knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations, and therefore denies them.

ANSWER TO COMPLAINT OF SUTTELL & HAMMER
(12-cv-0288 MJP) — 2
DWT 19128161v2 0050033-000146

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA  98101-3045
206.622.3150 main · 206.757.7700 fax

8. Answering the allegations in paragraph 2.1 of the Complaint, Suttell denies that the plaintiffs are the victims of identity theft with respect to the subject account. Except as expressly denied, Suttell is without knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations, and therefore denies them.

9. Answering the allegations in paragraph 2.2 of the Complaint, Suttell is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations, and therefore denies them.

10. Answering the allegations in paragraph 2.3 of the Complaint, Suttell is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations, and therefore denies them.

11. Answering the allegations in paragraph 2.4 of the Complaint, Suttell admits that it sent a letter to plaintiff Coleen Auxier. Except as expressly admitted, Suttell is without knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations, and therefore denies them.

12. Answering the allegations in paragraph 2.5 of the Complaint, Suttell admits that it received a letter on or about October 13, 2010. Except as expressly admitted, Suttell denies the remaining allegations in paragraph 2.5 of the Complaint.

13. Answering the allegations in paragraph 2.6 of the Complaint, Suttell is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations, and therefore denies them.

14. Answering the allegations in paragraph 2.7 of the Complaint, Suttell admits that it served the plaintiff Coleen Auxier with process. Except as expressly admitted, Suttell denies the remaining allegations in paragraph 2.7 of the Complaint.

ANSWER TO COMPLAINT OF SUTTELL & HAMMER
(12-cv-0288 MJP) — 3
DWT 19128161v2 0050033-000146

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA  98101-3045
206.622.3150 main · 206.757.7700 fax

15. Answering the allegations in paragraph 2.8 of the Complaint, Suttell admits that plaintiff Coleen Auxier demanded that Suttell file suit. Except as expressly admitted, Suttell denies the remaining allegations in paragraph 2.8 of the Complaint.

16. Suttell denies the allegations in paragraph 2.9 of the Complaint.

17. Answering the allegations in paragraph 2.10 of the Complaint, Suttell admits that it filed a complaint against the plaintiff Coleen Auxier on or about September 20, 2011. Except as expressly admitted, Suttell denies the remaining allegations in paragraph 2.10 of the Complaint.

18. Answering the allegations in paragraph 2.11 of the Complaint, Suttell admits that the plaintiff Coleen Auxier filed a motion to dismiss, which was denied. Except as expressly admitted, Suttell denies the remaining allegations in paragraph 2.11 of the Complaint.

19. Answering the allegations in paragraph 3.1.1 of the Complaint, Suttell incorporates its responses to paragraphs 1.1 through 2.11 as if set forth fully herein.

20. Answering the allegations in paragraph 3.1.2 of the Complaint, Suttell is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations, and therefore denies them.

21. Answering the allegations in paragraph 3.1.3 of the Complaint, Suttell is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations, and therefore denies them.

22. Answering the allegations in paragraph 3.1.4 of the Complaint, Suttell is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations, and therefore denies them.

23. Suttell denies the allegations in paragraph 3.1.5 of the Complaint.

ANSWER TO COMPLAINT OF SUTTELL & HAMMER
(12-cv-0288 MJP) — 4
DWT 19128161v2 0050033-000146

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA  98101-3045
206.622.3150 main · 206.757.7700 fax

24. Answering the allegations in paragraph 3.1.6 of the Complaint, Suttell is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations, and therefore denies them.

25. Answering the allegations in paragraph 3.2.1 of the Complaint, Suttell incorporates its responses to paragraphs 1.1 through 2.11 as if set forth fully herein.

26. Suttell denies the allegations in paragraph 3.2.2 of the Complaint.

27. Suttell denies the allegations in paragraph 3.2.3 of the Complaint.

28. Answering the allegations in paragraph 3.3.1 of the Complaint, Suttell incorporates its responses to paragraphs 1.1 through 2.11 as if set forth fully herein.

29. Answering the allegations in paragraph 3.3.2 of the Complaint, Suttell is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations, and therefore denies them.

30. Answering the allegations in paragraphs 3.3.3 of the Complaint, Suttell is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations, and therefore denies them.

31. Suttell denies that plaintiffs are entitled to the relief requested in paragraphs 4.1 through 4.8 of the Complaint.

32. Any allegations not admitted or otherwise addressed above are hereby denied.

**DEFENSES**

1. The Complaint, and each of its counts, fails to state a claim upon which relief can be granted against Suttell.

2. The plaintiffs' claims are barred by the applicable limitations periods.

ANSWER TO COMPLAINT OF SUTTELL & HAMMER
(12-cv-0288 MJP) — 5
DWT 19128161v2 0050033-000146

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045
206.622.3150 main · 206.757.7700 fax

3. If there was any violation of the Fair Debt Collection Practices Act (which is denied), it was the result of a bona fide error.

4. Plaintiffs' claims are barred or precluded by the doctrines of collateral estoppel and/or res judicata.

5. Plaintiff's claims are barred and/or the Court lacks jurisdiction under the *Rooker-Feldman* doctrine.

6. Plaintiff Josh Auxier lacks standing and has failed to state a claim.

7. Suttell reserves the right to assert additional defenses that may become known through discovery or further investigation.

WHEREFORE defendant Suttell prays for the following relief:

A. That judgment be entered in favor of Suttell;

B. That Plaintiffs' Complaint and each of its counts be dismissed with prejudice;

C. That Suttell be awarded costs and fees to the extent permitted by law; and

D. That the Court award such other relief as is just and proper under the circumstances

DATED this 16th day of March, 2012.

> Davis Wright Tremaine LLP
> Attorneys for Defendants Suttell & Hammer P.S.
>
> By *s/ Brad Fisher*
>   Brad Fisher, WSBA #19895
>   Suite 2200
>   1201 Third Avenue
>   Seattle, WA  98101-3045
>   Telephone: 206-757-8042
>   Fax: (206) 757-7042
>   E-mail: bradfisher@dwt.com

ANSWER TO COMPLAINT OF SUTTELL & HAMMER (12-cv-0288 MJP) — 6
DWT 19128161v2 0050033-000146

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA  98101-3045
206.622.3150 main · 206.757.7700 fax

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system; and

I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

>Josh Auxier
>Coleen Auxier
>19210 3RD AVE S
>DES MOINES, WA 98148
>206-551-1786
>Email: joshandcoleen@gmail.com

I certify under penalty of perjury that the foregoing is true and correct.  Executed at Seattle, Washington this 16th day of March, 2012.

>Davis Wright Tremaine LLP
>Attorneys for Defendants Suttell & Hammer P.S.
>
>
>By *s/ Brad Fisher*
>   Brad Fisher, WSBA #19895

ANSWER TO COMPLAINT OF SUTTELL & HAMMER (12-cv-0288 MJP) — 7
DWT 19128161v2 0050033-000146

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA  98101-3045
206.622.3150 main · 206.757.7700 fax