1  Josh Auxier & Coleen Auxier
   19210 3rd Avenue S
2  Des Moines, WA 98148
   Tel. # (206) 551-1786
3  e-mail: joshandcoleen@gmail.com
   Plaintiffs
4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                    WESTERN DISTRICT OF WASHINGTON

10

11 | Josh Auxier & Coleen Auxier,                          | Case No.:   2:12-cv-00288-MJP

12 |                    Plaintiff(s),                      | **ORDER TO EXTEND DEFENDANT FIA CARD SERVICES, N.A.'S TIME TO RESPOND TO COMPLAINT TO MAY 24, 2012**
13 |      vs.

14 | Frederick J. Hanna & Associates, P.C.; Suttell & Hammer, P.S.;  | Honorable Marsha J. Pechman

15 |                    Defendants                         | Complaint Filed: February 21, 2012

16 | FIA Card Services, N.A.;,

17 |                    Co-Defendant.

18

19

20

21

22

23

24

25

26

27

28

2:12-cv-00288-MJP                      – 1 –                      US_ACTIVE-109242441.1
STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT

## ORDER

IT IS HEREBY ORDERED that, pursuant to the Stipulation to Extend Time to Respond to Complaint to May 24, 2012 filed by Plaintiffs Josh and Coleen Auxier ("Plaintiffs") and Defendant FIA Card Services, N.A., and for good cause showing, the time by which Defendant FIA Card Services, N.A. must file a response to Plaintiffs' Complaint is extended to and including Thursday May 24, 2012.

**IT IS SO ORDERED.**

DATED:  April 24, 2012

_____
Marsha J. Pechman
United States District Judge