THE HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOSH AUXIER & COLEEN AUXIER,<br><br>    Plaintiffs,<br><br>v.<br><br>FREDERICK J. HANNA & ASSOCIATES, P.C.; SUTTELL & HAMMER, P.S.,<br><br>    Defendants,<br><br>FIA CARD SERVICES, N.A.,<br><br>    Co-Defendant. | No. C12-0288 MJP<br><br>**CORPORATE DISCLOSURE STATEMENT OF DEFENDANT FIA CARD SERVICES, N.A.** |

The following disclosures are made pursuant to Federal Rule of Civil Procedure 7.1:

Defendant FIA Card Services, N.A. is wholly-owned by NB Holdings Corp. NB Holdings Corp. is wholly-owned by Bank of America Corporation. Bank of America Corporation is a publicly-traded corporation on the New York Stock Exchange. Bank of America Corporation does not have a parent corporation, and no publicly held corporation owns 10% or more of its stock.

///

///

///

///

CORPORATE DISCLOSURE STATEMENT OF DEFENDANT
FIA CARD SERVICES, N.A. - 1

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4100
SEATTLE, WASHINGTON 98101-2338
206.223.7000 FAX: 206.223.7107

116589.0584/5400552.1

1 | DATED this 24th day of May, 2012.

2 | LANE POWELL PC

3

4 | By /s/ Daniel A. Kittle
John S. Devlin III, WSBA No. 23988
5 | devlinj@lanepowell.com
Daniel A. Kittle, WSBA No. 43340
6 | kittled@lanepowell.com
1420 Fifth Avenue, Suite 4100
7 | Seattle, WA  98101
Telephone: 206-223-7000
8 | Facsimile:  206-223-7107

9 | Attorneys for Defendant FIA Card Services, N.A.

CORPORATE DISCLOSURE STATEMENT OF DEFENDANT
FIA CARD SERVICES, N.A. - 2

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4100
SEATTLE, WASHINGTON  98101-2338
206.223.7000 FAX: 206.223.7107

116589.0584/5400552.1

## CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury under the laws of the United States and the laws of the State of Washington that on May 24, 2012, I caused to be served a copy of the foregoing **CORPORATE DISCLOSURE STATEMENT OF DEFENDANT FIA CARD SERVICES, N.A.** on the following person(s) in the manner indicated below at the following address(es):

| *Plaintiff Pro Se:* | |
|---|---|
| Josh & Coleen Auxier<br>19210 3rd Avenue S.<br>Des Moines, WA 98148<br>Phone: (206) 551-1786<br>Email: joshandcoleen@gmail.com | ☑ by **CM/ECF**<br>☐ by **Electronic Mail**<br>☐ by **Facsimile Transmission**<br>☑ by **First Class Mail**<br>☐ by **Hand Delivery**<br>☐ by **Overnight Delivery** |

DATED this 24th day of May, 2012, at Seattle, Washington.

*s/ Alisa R. Flabel*
Alisa R. Flabel

CORPORATE DISCLOSURE STATEMENT OF DEFENDANT
FIA CARD SERVICES, N.A. - 3

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4100
SEATTLE, WASHINGTON 98101-2338
206.223.7000 FAX: 206.223.7107

116589.0584/5400552.1