The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| JOSH AUXIER and COLEEN AUXIER, | No. C12-0288 MJP |
| Plaintiffs, | CORPORATE DISCLOSURE STATEMENT OF DEFENDANT FREDERICK J. HANNA & ASSOCIATES, P.C. |
| vs. | |
| FREDERICK J. HANNA & ASSOCIATES, P.C.; SUTTELL & HAMMER, P.S.; and FIA CARD SERVICES, N.A., | |
| Defendants. | |

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Frederick J. Hanna & Associates, P.C., makes the following corporate disclosure: Defendant Frederick J. Hanna & Associates, P.C., is a nongovernmental corporate party. It does not have any parent corporations and no publicly-held corporation owns 10% or more of the party's stock.

CORPORATE DISCLOSURE STATEMENT OF DEFENDANT FREDERICK J. HANNA & ASSOCIATES, P.C. – PAGE 1
CAUSE NO.

659548 / 872.0001

FORSBERG & UMLAUF, P.S.
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON 98164-2050
(206) 689-8500 • (206) 689-8501 FAX

1  Dated this 30th day of May, 2012.

2                                       FORSBERG & UMLAUF, P.S.

3

4                                       _____
                                        Jeffrey T. Kestle, WSBA #29648
5                                       901 Fifth Avenue, Suite 1400
                                        Seattle, Washington 98164-2050
6                                       Telephone: (206) 689-8500
                                        Email: jkestle@forsberg-umlauf.com
7
                                        Attorneys for Defendant Frederick J. Hanna &
                                        Associates, P.C.
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

## CERTIFICATE OF SERVICE

The undersigned certifies under the penalty of perjury under the laws of the State of Washington that I am now and at all times herein mentioned, a citizen of the United States, a resident of the State of Washington, over the age of eighteen years, not a party to or interested in the above-entitled action, and competent to be a witness herein.

On the date given below I caused to be served the foregoing CORPORATE DISCLOSURE STATEMENT OF DEFENDANT FREDERICK J. HANNA & ASSOCIATES, P.C. on the following individuals in the manner indicated:

Josh and Coleen Auxier
19210 3rd Avenue South
Des Moines, WA  98148
(X) Via U.S. Mail
(  ) Via Facsimile
(  ) Via Hand Delivery
(X) Via ECF

Mr. Bradley Fisher
Davis Wright Tremaine, LLP
1201 Third Avenue, Suite 2200
Seattle, WA  98101
Facsimile:  206-628-7699
(  ) Via U.S. Mail
(  ) Via Facsimile
(  ) Via Hand Delivery
(X) Via ECF

Mr. John S. Devlin, III
Mr. Daniel A. Kittle
Lane Powell PC
1420 Fifth Avenue, Suite 4100
Seattle, WA  98101
Facsimile:  206-613-4253
(  ) Via U.S. Mail
(  ) Via Facsimile
(  ) Via Hand Delivery
(X) Via ECF

**SIGNED** this 30th day of May, 2012, at Seattle, Washington.

*Amy Jean Sears*
Amy Jean Sears, PLS

CORPORATE DISCLOSURE STATEMENT OF DEFENDANT FREDERICK J. HANNA & ASSOCIATES, P.C. – PAGE 3
CAUSE NO.

659548 / 872.0001

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON 98164-2050
(206) 689-8500 • (206) 689-8501 FAX