The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOSH AUXIER & COLEEN AUXIER, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> FREDERICK J. HANNA & ASSOCIATES, ) <br> P.C.; SUTTELL & HAMMER, P.S; ) <br> ) <br> Defendants, ) <br> ) <br> FIA CARD SERVICES, N.A.; ) <br> ) <br> Co-Defendant. ) | No. 12-cv-0288 MJP <br><br> DEFENDANT SUTTELL & HAMMER, P.S.'S CORPORATE DISCLOSURE STATEMENT PURSUANT TO Fed.R.Civ.P 7.1 |

Pursuant to Fed.R.Civ.P 7.1, Defendant Suttell & Hammer, P.S. provides the following Corporate Disclosure Statement:

Suttell & Hammer, P.S. has no parent corporation and no publicly held corporation owns 10% or more of its stock.

/ / / /

/ / / /

SUTTELL & HAMMER'S CORPORATE DISCLOSURE
(12-cv-0288 MJP) — 1
DWT 19482524v1 0093176-000006

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045
206.622.3150 main · 206.757.7700 fax

1  / / / /

2

3     DATED this 30th day of May, 2012.

4                              Davis Wright Tremaine LLP
                             Attorneys for Defendants Suttell & Hammer P.S.

5                              By *s/ Brad Fisher*

6                                 Brad Fisher, WSBA #19895
                                Suite 2200

7                                 1201 Third Avenue
                                Seattle, WA  98101-3045

8                                 Telephone: 206-757-8042
                                Fax: (206) 757-7042

9                                 E-mail: bradfisher@dwt.com

10

11

12

13

14

15

16

17

18

19

20

21

22

23

SUTTELL & HAMMER'S CORPORATE DISCLOSURE
(12-cv-0288 MJP) — 2
DWT 19482524v1 0093176-000006

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA  98101-3045
206.622.3150 main · 206.757.7700 fax

1  CERTIFICATE OF SERVICE

2  I hereby certify that I electronically filed the foregoing with the Clerk of the Court using

3  the CM/ECF system which will send notification of such filing to all counsel of record.

4  I hereby certify that on May 31 I will also mail by United States Postal Service the

5  document to the following:

6  Josh Auxier
   Coleen Auxier
7  19210 3RD AVE S
   DES MOINES, WA 98148
8  206-551-1786
   Email: joshandcoleen@gmail.com

9

10  I certify under penalty of perjury that the foregoing is true and correct.  Executed at Seattle, Washington this 30th day of May, 2012.

11

12  Davis Wright Tremaine LLP
    Attorneys for Defendants Suttell & Hammer P.S.

13

14  By *s/ Brad Fisher*
        Brad Fisher, WSBA #19895

15

16

17

18

19

20

21

22

23

SUTTELL & HAMMER'S CORPORATE DISCLOSURE
(12-cv-0288 MJP) — 3
DWT 19482524v1 0093176-000006

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA  98101-3045
206.622.3150 main · 206.757.7700 fax