UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOSH AUXIER and COLEEN AUXIER,<br><br>Plaintiff,<br><br>v.<br><br>SUTTELL & HAMMER, P.S.; FREDERICK J. HANNA & ASSOCIATES, P.C.; NORTHSTAR LOCATION SERVICES, LLC; and FIA CARD SERVICES, N.A a/k/a BANK OF AMERICA,<br><br>Defendants. | CASE NO. C12-288MJP<br><br>ORDER GRANTING DEFENDANT FREDERICK J. HANNA & ASSOCIATES' MOTION FOR SUMMARY JUDGMENT |

This matter comes before the Court on the motion for summary judgment filed by Defendant Frederick J. Hanna & Associates, P.C. (Dkt. No. 33.) Having reviewed the motion and the remaining record, the Court GRANTS the motion.

Local Rule LCR 7(b) explains that "Each party opposing [a] motion shall, within the time prescribed in LCR 7(d), file with the clerk, and serve on each party that has appeared in the action, a brief in opposition to the motion, together with any supporting material . . . ." LCR 7(b).

ORDER GRANTING DEFENDANT FREDERICK
J. HANNA & ASSOCIATES' MOTION FOR
SUMMARY JUDGMENT- 1

1. Here, Defendant Frederick J. Hanna & Associates, P.C. filed its motion for summary judgment
2. on October 11, 2012. (Dkt. No. 33.) Pursuant to Local Rule LCR 7(d)(3), Plaintiffs' opposition
3. brief was due on October 29, 2012. Local Rule LCR 7(b) explains, "If a party fails to file papers
4. in opposition to a motion, such failure may be considered by the court as an admission that the
5. motion has merit." LCR 7(b). Because Plaintiffs have not filed any opposition, the Court deems
6. Plaintiffs' failure to be an admission the motion has merit. The motion for summary judgment is
7. therefore GRANTED and Plaintiffs' action against Defendant Frederick J. Hanna & Associates,
8. P.C. is DISMISSED with prejudice.

9.  The clerk is ordered to provide copies of this order to Plaintiffs and to all counsel.

10.  Dated this 19th day of December, 2012.

Marsha J. Pechman
United States District Judge

ORDER GRANTING DEFENDANT FREDERICK
J. HANNA & ASSOCIATES' MOTION FOR
SUMMARY JUDGMENT- 2